|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF ARIZONA** ||
| Name of Debtor(s) listed on the bankruptcy case<br>In re: | CASE NO.: |
| | **DEBTOR CHANGE OF ADDRESS** |

1. This change of address is requested by :  ☐ Debtor   ☐ Joint-Debtor

2. **Old Address:**
   Name(s): _____
   Mailing Address: _____
   City, State, Zip Code: _____

3. **New Address:**
   Mailing Address: _____
   City, State, Zip Code: _____

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number_____

   Joint Debtor's DeBN account number_____

Date:_____    _____
                          Requestor's printed name(s)

                          _____
                          Requestor's signature(s)

                          _____
                          Title (if applicable, of corporate officer, partner, or agent)

---

This form has been approved for use by the United States Bankruptcy Court for the District of Arizona.